MICHAEL M.K. SEBREE #142649
WILLIAM E. ADAMS #153330
DAWN NEWTON #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Emails: wadams@fablaw.com/dnewton@fablaw.com

Attorneys for Plaintiff
HUBB SYSTEMS, LLC

FILED
07 MAY 21 PM 1:36

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADR

| | |
|---|---|
| HUBB SYSTEMS, LLC, | Case No.: C07-02677 BZ |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| MICRODATA GIS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Bret Hubbard, Abigail Baker, Don Hubbard, and Louise Hubbard each have a financial interest in Hubb Systems, LLC.

Dated: May 21, 2007         FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
William E. Adams
Attorneys for Plaintiff HUBB SYSTEMS, LLC

---

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS CASE NO.:
5/21/07 (24601) #271293.1