1  Breck E. Milde (Cal. State Bar No. 122437)
   bmilde@terra-law.com
2  Mark W. Good (Cal. State Bar No. 218809)
   mgood@terra-law.com
3  Terra Law, LLP
   177 Park Avenue, Third Floor
4  San Jose, CA 95113
   Tel: (408) 299-1200
5  Fax: (408) 998-4895

6  R. Prescott Jaunich (Cal. State Bar No. 164390)
   sjaunich@drm.com
7  Downs Rachlin Martin PLLC
   199 Main Street, P.O. Box 190
8  Burlington, VT 05402
   Tel: 802-863-2375
9  Fax: 802-862-7512

10 Counsel for Defendant microDATA GIS, Inc.

11

12                UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 HUBB SYSTEMS, LLC,                ) Case No. C07-02677 BZ
                                     )
15         Plaintiff,                )
                                     ) **CERTIFICATION OF INTERESTED**
16    v.                             ) **ENTITIES OR PERSONS**
                                     )
17 MICRODATA GIS, INC.,              ) Date:  August 1, 2007
                                     ) Time:  10:00 a.m.
18         Defendant.                ) Courtroom: G
                                     ) Magistrate Judge Bernard Zimmerman
19 _____  )

20      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

21      Bruce Jason Heinrich, Christine McMullen, Bruce Heinrich and Marilyn Heinrich.

22 Dated: June 11, 2007                TERRA LAW LLP

23                                     By:  /s/ Breck E. Milde
                                       _____
24                                     Breck E. Milde (Cal. State Bar No. 122437)
                                       Attorneys for microDATA GIS, Inc.

1149388                                                       C07-02677 BZ
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**