Breck E. Milde (Cal. State Bar No. 122437)
bmilde@terra-law.com
Mark W. Good (Cal. State Bar No. 218809)
mgood@terra-law.com
Terra Law, LLP
177 Park Avenue, Third Floor
San Jose, CA 95113
Tel: (408) 299-1200
Fax: (408) 998-4895

R. Prescott Jaunich (Cal. State Bar No. 164390)
sjaunich@drm.com
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05402
Tel: 802-863-2375
Fax: 802-862-7512

Counsel for Defendant microDATA GIS, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBB SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRODATA GIS, INC.,<br><br>Defendant. | Case No. C07-02677 BZ<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND PERSONAL JURISDICTION**<br><br>Date:  August 1, 2007<br>Time:  10:00 a.m.<br>Courtroom:  G<br>Magistrate Judge Bernard Zimmerman |

The motion by defendant microDATA GIS, Inc. to dismiss plaintiff Hubb Systems, LLC's complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(2) came on regularly for hearing in this Court on August 1, 2007. The Court having reviewed and considered the papers filed in support of and in opposition to the motion, and having heard the argument of counsel,

IT IS HEREBY ORDERED that defendant's motion to dismiss is GRANTED. Plaintiff has failed to establish that the Court has subject matter jurisdiction based on the first to file rule, together with the earlier filing by defendant in the District of Vermont. Plaintiff has also failed to establish that the Court has personal jurisdiction over the defendant in California.

Accordingly, plaintiff's complaint is hereby dismissed with prejudice.

Dated:_____

BERNARD ZIMMERMAN
United States Magistrate Judge