| | |
|---|---|
| 1 | Breck E. Milde (Cal. State Bar No. 122437) |
|   | bmilde@terra-law.com |
| 2 | Mark W. Good (Cal. State Bar No. 218809) |
|   | mgood@terra-law.com |
| 3 | Terra Law LLP |
|   | 177 Park Avenue, Third Floor |
| 4 | San Jose, CA 95113 |
|   | Tel: (408) 299-1200 |
| 5 | Fax: (408) 998-4895 |
| 6 | R. Prescott Jaunich (Cal. State Bar No. 164390) |
|   | sjaunich@drm.com |
| 7 | Downs Rachlin Martin PLLC |
|   | 199 Main Street, P.O. Box 190 |
| 8 | Burlington, VT 05402 |
|   | Tel: 802-863-2375 |
| 9 | Fax: 802-862-7512 |
| 10 | Counsel for Defendant microDATA GIS, Inc. |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUBB SYSTEMS, LLC,

    Plaintiff,

v.

MICRODATA GIS, INC.,

    Defendant.

)
) Case No. C07-02677 BZ
)
)
) **NOTICE OF PENDENCY OF OTHER**
) **ACTION OR PROCEEDING**
)
) **[Civ. L. R. 3-13]**
)
) Date: August 1, 2007
) Time: 10:00 a.m.
) Courtroom: G
) Magistrate Judge Bernard Zimmerman
)
)

TO THE HONORABLE BERNARD ZIMMERMAN, PLAINTIFF HUBB SYSTEMS, LLC, AND ITS ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the action filed in this District involves all of the same subject matter and all of the same parties as another action which is pending in United States District Court, District of Vermont, Case No. 2:07-CV-108, filed on May 10, 2007, *microDATA GIS, Inc. v. Hubb Systems, LLC*.

The other action filed by defendant microDATA GIS ("microDATA") in the District of

Vermont seeks a declaration by the Court that microDATA is not infringing Hubb Systems, LLC's trademark and related rights, and also that microDATA has superior rights to use its mark. After receiving letters from Hubb Systems, LLC ("Hubb") in January and April of 2007 threatening microDATA with filing a lawsuit for trademark infringement, microDATA filed a complaint in the District of Vermont seeking declaratory relief. microDATA filed its Complaint in Vermont, and notified Hubb of the lawsuit, eleven (11) days before Hubb filed the instant action in this Court. There can also be no doubt that Hubb filed the instant action in reaction to microDATA's earlier filing and in an attempt to change the forum for this dispute.

Although the other action is pending in another District, microDATA does not believe that transfer is appropriate pursuant to 28 U.S.C. § 1407. Rather, it is microDATA's belief that the action in this Court should be dismissed, and has filed a motion with this Court to dismiss the instant action. It is also important to note that although Hubb was well aware of the lawsuit in the District of Vermont, it failed to file a Notice of Pendency of Other Action or Proceeding with the Court, contrary to the requirements of Civil L.R. 3-13(a).

Dated: June 11, 2007                                      TERRA LAW LLP

By: ___/s/ Breck E. Milde___
Breck E. Milde (Cal. State Bar No. 122437)
Attorneys for microDATA GIS, Inc.