# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

June 12, 2007

To: William Errol Adams
Dawn Newton
Michael M.K. Sebree
Fitzgerald, Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612

Breck Edward Milde
Terra Law LLP
177 Park Avenue, 3rd Floor
San Jose, CA 95113-2333

Re: Hubb Systems. LLC v. Microdata Gis, Inc. - C07-2677 BZ

Dear Sir or Madam:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for **August 1, 2007 at 10:00 a.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

**/s/**
By: Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd