# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ADR

HUBB SYSTEMS, LLC

E-filing

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MICRODATA GIS, INC.

**C07-02677 BZ**

TO: (Name and address of defendant)
MICRODATA GIS, INC.
1016 U.S. Route 5
Johnsbury, VT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William E. Adams
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
510-451-3300

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE May 21, 2007

NDCAO440

# Affidavit of Process Server

| United States District Court | Northern District of California |
|---|---|
| | (NAME OF COURT) |

| Hubb Systems, LLC | vs | MicroData GIS, Inc. | C07-02677 BZ |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I __Conrad Boucher__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __MicroData GIS, Inc.__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons and Complaint. See Attachment A for other documents served.__

by leaving with __James D. Nohl, Vice President Business Affairs/General Counsel__ At
NAME                                                                                 RELATIONSHIP

☐ Residence _____
ADDRESS                                                              CITY / STATE

☒ Business  __1016 U.S. Route 5__                                __Saint Johnsbury, Vermont 05819__
ADDRESS                                                              CITY / STATE

On __05/22/07__ AT __11:35 AM Eastern__
DATE                                                                            TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____  (2) _____
                                                          DATE    TIME            DATE    TIME
(3) _____  (4) _____  (5) _____
    DATE    TIME           DATE    TIME           DATE    TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

_Conrad Boucher_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __29th__ day of __May__, 2007

_Marguerite O. Bofaic_  02-10-2011
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of __Vermont__

NAPPS

FORM 2      NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

Hubb Systems, LLC v. microData GIS, Inc.
USDC Northern District San Francisco Case No C07-02677 BZ

**Attachment A**
**to Affidavit of Process Server**

The following documents were served in addition to the Summons and Complaint:

1. Civil Case Cover Sheet;
2. Certification of Interested Persons;
3. Notice of Assignment of Case to a United States Magistrate Judge for Trial;
4. Blank copy of Consent to Proceed Before a United States Magistrate Judge;
5. Blank copy of Declination to Proceed Before a United States Magistrate;
6. Order Setting Initial Case Management Conference and ADR Deadlines;
7. Standing Order for all Judges of the Northern District of California, Contents of Joint Case Management Statement;
8. Welcome to the U.S. District Court information sheet;
9. U.S. District Court Northern California, ECF Registration Information Handout; and
10. Dispute Resolution Procedures in the Northern district of California.