UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUBB SYSTEMS, LLC,  )
                    )
   Plaintiff(s),    )   No. C07-2677 BZ
                    )
   v.               )   **BRIEFING ORDER**
                    )
MICRODATA GIS, INC.,)
                    )
   Defendant(s).    )
_____)

Having received defendant's motion to dismiss, **IT IS ORDERED** as follows:

1. The parties shall accept or decline magistrate judge jurisdiction in writing by **Friday, June 22, 2007**;

2. Plaintiff's opposition, if any, shall be filed by **Friday, July 6, 2007**;

3. Defendant's reply, if any, shall be filed by **Friday, July 13, 2007**;

4. The hearing remains scheduled for **August 1, 2007**.

Dated: June 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Hubb Systems\BRIEFING ORDER.wpd

1