

Breck E. Milde, Partner
bmilde@terra-law.com

June 14, 2007

Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California, San Francisco
Courtroom G
450 Golden Gate Avenue
San Francisco, California 94102

      Re:    Hubb Systems, LLC v. microDATA GIS, Inc.
               U.S District Court Case No. C07-02677 BZ

Dear Judge Zimmerman:

     My client, defendant microDATA GIS, Inc., has authorized me to execute the Consent to Proceed Before a United States Magistrate Judge in the above-referenced matter. By so doing, microDATA GIS, Inc. does not waive its right to contest personal jurisdiction as argued in the pending Motion to Dismiss, set for hearing on August 1, 2007.

                                            Very truly yours,

                                            TERRA LAW LLP

                                            Breck E. Milde

BEM:kl
Enclosure
cc:  William E. Adams, Esq.
      Walter Judge, Esq.
1149455

Breck E. Milde (Cal. State Bar No. 122437)
bmilde@terra-law.com
Mark W. Good (Cal. State Bar No. 218809)
mgood@terra-law.com
Terra Law LLP
177 Park Avenue, Third Floor
San Jose, CA 95113
Tel: (408) 299-1200
Fax: (408) 998-4895

R. Prescott Jaunich (Cal. State Bar No. 164390)
sjaunich@drm.com
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05402
Tel: 802-863-2375
Fax: 802-862-7512

Counsel for Defendant microDATA GIS, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBB SYSTEMS, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>MICRODATA GIS, INC.,<br><br>　　　Defendant. | Case No. C07-02677 BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 14, 2007                    TERRA LAW LLP


                                        By:_____/s/ Breck E. Milde_____
                                            Breck E. Milde (Cal. State Bar No. 122437)
                                            Attorneys for microDATA GIS, Inc.

1149465                                 1                            C07-02677 BZ
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE