1  Michael M.K. Sebree #142649
   William E. Adams #153330
2  Dawn Newton #209002
   FITZGERALD ABBOTT & BEARDSLEY LLP
3  1221 Broadway, 21st Floor
   Oakland, California  94612
4  Telephone: (510) 451-3300
   Facsimile: (510) 451-1527
5  Emails: wadams@fablaw.com;dnewton@fablaw.com

6  Attorneys for Plaintiff
   HUBB SYSTEMS, LLC

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10  HUBB SYSTEMS, LLC,                    Case No.: C07-02677 BZ

11           Plaintiff,                   **DECLARATION OF SCOTT BEISNER
                                          IN SUPPORT OF PLAINTIFF'S
12      vs.                               MOTION FOR PRELIMINARY
                                          INJUNCTION**
13  MICRODATA GIS, INC.,
                                          Date: August 1, 2007
14           Defendant.                   Time: 10:00 am
                                          Courtroom G
15                                        Magistrate Judge Bernard Zimmerman

16

17      I, SCOTT BEISNER, declare as follows:

18      1.      I am the Marketing Director of Hubb Systems, LLC, a California limited liability

19  company ("Hubb").  I make this declaration in support of Plaintiff Hubb's motion for a

20  preliminary injunction against Defendant Microdata GIS, Inc. ("Defendant").  I have personal

21  knowledge of the facts contained in this declaration and, if called as a witness, I would testify

22  competently thereto.

23      2.      Since approximately 1989, Hubb, or its predecessor in interest, has openly and

24  continuously used the trade name and mark "DATA911" in connection with its sale of goods to

25  the public safety community, including mobile computing and mapping system products, digital

26  video processing units, hand-held devices, software programs including computer aided

27  dispatch (CAD) and automatic vehicle location (AVL), and other customized systems.

28

                                        1
          DECLARATION OF SCOTT BEISNER IN SUPPORT OF PLAINTIFF'S MOTION FOR
                PRELIMINARY INJUNCTION CASE NO.: C07-02677 BZ

3.     Hubb has marketed its products and services throughout the United States, and routinely attends numerous public safety tradeshows attended by numerous law enforcement other public safety agencies.

4.     I am informed and believe that as a result of Hubb's substantial advertising and promotional efforts for its goods and services, as well as the high-quality of its goods, Hubb's "Data911" trade name and mark is widely and favorably recognized and relied upon by the relevant trade and consuming public as indicating high quality goods and services originating from Hubb.

5.     In order to protect the extensive goodwill symbolized by Plaintiff's mark, Plaintiff sought and obtained a federal registration for its mark, "DATA911," for computer software in the field of public safety on the Principal Register of the United States Patent and Trademark Office Registration Number 2,546,009, with a registration dated March 12, 2002.

6.     On April 19, 2007, Hubb filed Combined Declaration of Use and Incontestability Under Section 8 & 15 (15 U.S.C. §§ 1058 & 1065) for its trademark Registration Number 2,546,009.

7.     On May 24, 2007, the Combined Declaration was accepted by the United States Patent and Trademark Office the registration and therefore achieved incontestable status under the Lanham Act, 15 U.S.C. § 1065.

8.     In or about January, 2007, Hubb first became aware that Defendant had changed its trade name and mark from "microDATA GIS" to "microDATA 911" and was using this mark to market goods similar to those sold by Plaintiff, including CAD, AVL and mapping software, to the public safety community.

9.     I am also informed and believe that in 2006, Defendant incorporated Hubb's "DATA911" trademark into a second URL, "microDATA911.com." That website, in actually, is a portal site that attracts web traffic searching for "DATA911" and reroutes those users to Defendant's primary website ("microdatagis.com").

DECLARATION OF SCOTT BEISNER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION CASE NO.: C07-02677 BZ
6/20/07 (24601) #273770.1

1    10.    A review of Defendant's website indicates Defendant's "xTrakker 9-1-1,"

2   "xAVL," and "xCAD" software products are substantially similar to Hubb's AVL and CAD

3   products in terms of capability and functionality.  Each respective system operates on CAD

4   software that permits emergency dispatchers to visually manage and prioritize (using a

5   computer display) emergency services calls (such as 911) for response, and to direct appropriate

6   field resources (i.e., police, fire, and medical) to the scene of the incident.  Automatic location

7   identifier systems identify the location of the individual calling 911, and plot that information

8   (or the location of the actual event, if different) onto a computer map.  AVL software (using

9   GPS technology) simultaneously plots the location and movement of available field resources so

10  that a dispatcher can immediately determine which available resource is best suited to respond

11  to the call based on proximity and capability.  Each respective system also permits the computer

12  mapping display to be transmitted to onboard computers in the vehicles of various field

13  resources allowing the driver to effectively see the same display as the dispatcher.

14    11.    As described above, Hubb and Defendant's respective CAD and AVL products

15  are very similar in capability and functionality, and therefore are marketed to and compete for

16  the business of the same public safety agencies. The channels used by Hubb and Defendant to

17  market their respective goods to the public safety community overlap substantially.  Both parties

18  focus on exhibiting their respective goods and services at public safety tradeshows and

19  conventions.  In particular, Hubb and Defendant target conventions and tradeshows organized

20  by the Association of Public Safety Communications Officials ("APCO") -- an entity that has

21  multiple conventions worldwide and attracts decision-makers who determine what public safety

22  products to purchase.

23    12.    In 2007 alone, Hubb and Defendant have already attended or will attend many of

24  the same public safety conventions, including the following:

25    •  On January 29-30, 2007, Defendant exhibited at the 26th annual conference of
       the California Chapter of the National Emergency Number Association
26       (CalNENA) in Garden Grove, California (Booth# 48).  Hubb also exhibited a
       booth at this exhibition (Booth# 44).

27

28
                                3
     DECLARATION OF SCOTT BEISNER IN SUPPORT OF PLAINTIFF'S MOTION FOR
         PRELIMINARY INJUNCTION CASE NO.: C07-02677 BZ
     6/20/07 (24601) #273770.1

- On February 26 through March 1, 2007, Defendant exhibited at the APCO (Association of Public Safety Communications Officials ) Western Regional Conference in Long Beach, CA (Booth# 532). Hubb also exhibited a booth at this exhibition (Booth#211).

- On May 20-25, 2007, Defendant exhibited at the Florida APCO/NENA Conference in Miami, Florida. Hubb also exhibited a booth at this exhibition.

- On June 9-12, 2007, Defendant exhibited at the annual conference of the National NENA 9-1-1 Conference in Charlotte, North Carolina (Booth# 712). Hubb also exhibited a booth at this exhibition (Booth# 832).

- On August 5-9, 2007, Defendant will exhibiting at the APCO International Conference in Baltimore, MD (Booth# 2107). Data911 also has a booth at this exhibition (Booth#2143). Attendees from all over the nation and world attend this show including representatives from California.

13.    In addition to exhibiting at the same tradeshows, Hubb and Defendant's exhibition booths are sometimes located in direct proximity to one another. For instance, at the 26th annual conference of the CalNENA tradeshow, on January 29-30, 2007, Defendant and Hubb's exhibition booths were located in proximity to each other in the same aisle (Booth #s 44 and 48). A true and correct copy of the floor plan for the 26th annual conference of the CalNENA tradeshow is attached hereto as Exhibit A. A true and correct copy of an excerpt from Defendant's website reflecting the future tradeshows Defendant plans to attend as attached hereto as Exhibit B.

14.    Hubb and Defendant have, in prior years, attended many of the same public safety tradeshows and conventions. Tradeshow Exhibitor lists for various APCO tradeshows in 2005 and 2006 establish that prior to 2007, Defendant exhibited itself as "microDATA GIS," and not "microDATA911." As reflected in Exhibit A (described above), Defendant, starting in 2007, began exhibiting itself as "microDATA911" rather than "microDATA GIS." In contrast, Hubb has consistently held itself out as "DATA911" at tradeshows and conventions. True and correct copies of excerpts from Exhibitor Lists for APCO tradeshows occurring in 2005 and 2006 are collectively attached hereto as Exhibit C.

15.    Hubb has spent years developing and cultivating goodwill under the trademark "DATA911." Hubb fears that Defendant's continued use of its "microDATA911" mark in its

---

4

DECLARATION OF SCOTT BEISNER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION CASE NO.: C07-02677 BZ

6/20/07 (24601) #273770.1

1    URL ("microDAT911.com") and at public safety tradeshows will cause significant confusion in

2    the mind of the public about the source of goods being sold under the "DATA911" mark. Hubb

3    is further concerned that Defendant's use of the mark will irreparably damage Hubb's business

4    through lost sales due to confused consumers and a tarnished reputation caused by inferior

5    products.

6         I declare under penalty of perjury as set forth under the laws of the State of California

7    that the foregoing is true and correct and that this declaration was executed on June 20, 2007, in

8    Oakland, California.

9

10                                                                    Scott Beisner

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

DECLARATION OF SCOTT BEISNER IN SUPPORT OF PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION CASE NO.: C07-02677 BZ

6/20/07 (24601) #273770.1

**EXHIBIT A**

# CalNENA 2007 TRADESHOW
## JANUARY 29-30, 2007
# HYATT REGENCY ORANGE COUNTY
### GARDEN GROVE, CALIFORNIA
ALL BOOTHS 10'x10' UNLESS OTHERWISE NOTED.
### GRAND BALLROOM
105'x163' AREA
CEILING HEIGHT 24'



PLAN PREPARED BY:

GES.

5560 Katella Avenue
Cypress, CA 90630
PH: 562-370-1500 FX: 562-370-1699

SUBJECT TO FIRE MARSHALL APPROVAL

Copyright © by GES Expoition Services, All Rights Reserved.No part of this
publication may be reproduced, stored in any retrieval system, or transmitted in
any form by any means - electronic, mechanical photocopying, recording, or
otherwise - without the express written consent of GES Expoition Services.

M-9836          LA-04044          09-06-06
          D. McDERMID          11-01-FM
          D. FREEMAN          01-04-07

### SCALE

0    5   10  15  20      30        40        50'

| BOOTH COUNT | BOOTH SQ. FT. |
|---|---|
| 10 x 10 - 30 | 3000 |
| 10 x 20 - 8 | 1600 |
| 10 x 30 - 3 | 900 |
| 10 x 40 - 1 | 400 |
| 20 x 20 - 3 | 1200 |
| TOTAL SQ. FT.: | 7100 |

**EXHIBIT B**

microDATA GIS



Home   Solutions   Products   Services   Customer Care   Business Partners   News/Events   Info Request   Careers

## NEWS/EVENTS

Trade Shows

Press Releases

Technology
Seminar

eNewsletters

# Trade Shows

**Visit us at these 2007 Trade Shows:**

GIPSC (Geospatial Integration for Public Safety)
April 15 - 17
New Orleans, LA
Booth Number: 302

NJ- NENA Annual Spring Conference
April 17 - 18
Atlantic City, NJ
Booth Number: 402

Mississippi APCO/NENA
April 29 - May 2
Tupelo, MS

2007 APCO Gulf Coast Regional Conference
May 14 - 17
Nashville, TN
Booth Number: 104

Florida APCO/NENA Conference
May 20 - 25
Miami, FL
Booth Number: 504

26th Annual NENA 9-1-1 Conference
June 9 - 14
Charlotte, North Carolina
Booth Number: 712                         Presentations

ESRI International User Conference
June 18 - 22
San Diego, CA.
Booth Number: 1531

Washington State APCO Conference
June 27 - 29
Wenatchee, WA
Booth Number: 48

APCO International Conference and
Exposition
August 5 - 9
Baltimore, MD
Booth Number: 2107                         Presentations

Kentucky Emergency Services Conference
September 4 - 6
Owensboro, KY

Tennessee Emergency Number Association
Annual Conference
September 9 - 12
Gatlinburg, TN

Oregon APCO/NENA Annual Training
Conference & Trade Show
September 11
Welches, OR

Pennsylvania NENA Conference
September 12 - 14
State College, PA

Georgia NENA Fall Conference
October 8 - 12
Athens, GA

Alabama NENA Gulf Coast 9-1-1 Conference
October 14 - 17
Orange Beach, AL

Illinois 911 Conference
October 21 - 24
Springfield, IL

South Carolina NENA/APCO
October 25 - 27
Myrtle Beach, SC

Wisconsin NENA (WINENA)
October 26 - 31
Wisconsin Dells, WI

APCO Atlantic Chapter Conference
October 29 - 31
Hartford, CT

About microDATA    Legal Terms    Careers    Contact Us

microDATA 911    1016 U.S. Route 5    St.Johesbury, VT  05819    800.722.6653    802.748.5503    802.748.5447 fax    sales@microdata911.com

© 2006 microDATA GIS, Inc.  All Rights Reserved.

**EXHIBIT C**

APCO 2006 Conference Home

APCO WESTERN REGIONAL CONFERENCE    MARCH 12-15, 2006    PORTLAND, OR    OREGON CONVENTIO





**If you were here in 2000, you're going to want to make sure you come back for another *splash* in 2006.**

Home Page | Conference Hotel | Conference Highlights | Oregon APCO/NENA Websit

## 2006 APCO Western Regional Conference

### Exhibitor Information

Booths are 10'x10' each with 8' backdrop and rails. Rental fee includes one draped table, two side chairs, wastebasket, and sign.

Two full registrations and two exhibits only passes are included with each booth space rental.

The exhibit area aisles are carpeted, but not the area inside the booth.

The current layout and exhibitor list is available here (pdf).

Get adobe reader here

For the complete exhibitor contract and exposition rules and regulations click here (word).

Copyright © 2005 Oregon APCO/NENA Chapter

---

**Exhibits Committee Chair**

**Larry Hatch**
(503) 690-4911 x207
email: lhatch@wccca.com
fax: 503-531-0186



This is **G o o g l e's cache** of **http://mrtmag.com/2005exhibitors/** as retrieved on May 6, 2007 04:00:10 GMT.
**G o o g l e's cache** is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the **current page** without highlighting.
This cached page may reference images which are no longer available. Click here for the **cached text** only.
To link to or bookmark this page, use the following url: `http://www.google.com/search?`
`q=cache:TQsnaoOEaioJ:mrtmag.com/2005exhibitors/+apco+2005&hl=en&ct=clnk&cd=3&gl=us`

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **apco 2005**





Advanced Search  |  Enter Key...

| MOBILE VOICE | MOBILE DATA | NETWORKS & SYSTEMS | INFRASTRUCTURE | TEST & MEASUREMENT | PROJECT 25 | RFID |

Home » **APCO 2005 exhibitors**

# APCO 2005 EXHIBITOR LIST

## APCO 2005 EXHIBITOR LIST

| Company | Booth |
|---|---|
| 1-800-BOARDUP | 1561 |
|  | 1520 |
| 1Call, A Division of AMTELCO | 1744 |
| 800MHz Transition Administrator | 314 |
| 9-1-1 MAGAZINE | 419 |
| AC Data Systems Inc. | 618 |
| AC DC Industries | 1850 |
| ADSI | 515 |
| Advanced Charger Technology | 614 |
| Advanced Concepts Inc. | 221 |
| Advancetec Industries Inc. | 112 |
| Advantage Telcom | 110 |
| AEA Technology Inc. | 918 |
| Aeroflex | 539 |
| Agiosat Global Communications | 211 |
| AGL Magazine | |

advertisement



**ESSENTIAL READI...**

Back to basics
Got next?
Congress accelerates $...
A double-edged sword

advertisement

APCO 2005 Exhibitor List

| | |
|---|---|
| CODY Systems | 1000 |
| Cohda Wireless Pty Ltd. | 1830 |
| Comfort Telecommunications | 209 |
| Commtech | 1723 |
| Computer Information Systems | 710 |
| Comtelco Industries Inc. | 1419 |
| Concept Seating Inc. | 1425 |
| Concepts To Operations Inc. | 820 |
| Contact Wireless/Notify | 1240 |
| Criticall Pre-Employment Testing Software | 617 |
| Crown Point Ltd. | 1241 |
| CTA Communications | 449 |
| CTI Products Inc. | 1645 |
| CVDS Inc. | 1121 |
| CYRUN | 317 |
| Daniels Electronics Ltd. | 713 |
| Data 911 | 1323 |
| DataLogic International | 658 |
| Datamaxx Group | 1531 |
| Dataradio Corp. | 1222 |
| Datron World Communications | 905 |
| DCC (Dialogic Communications Corp.) | 454 |
| Deccan International | 1415 |
| Dekolink Wireless Ltd. | 1822 |
| Dept. of Homeland Security Office of State & Local Gov't | 1747 |
| Dept. of Homeland Security/National Comm. Systems | 1002 |
| Digital Data Technologies Inc. | 1237 |
| Digital Voice Systems Inc. | 1740 |
| Dispatch Products Co. | 1543 |
| Dream Box | 1216 |
| Dynamic Instruments | 306 |
| EADS TELECOM | 1739 |
| EFJohnson Co. | 1015 |

| | |
|---|---|
| Mentor Engineering Inc. | 1646 |
| Mercom Systems | 1109 |
| microDATA GIS Inc. | 1841 |
| Microslate Inc. | 1100 |
| Microwave Data Systems | 911 |
| Microwave Networks Inc. | 1844 |
| Microwave Radio | 313 |
| Midland Radio | 208 |
| Miller Building Systems Inc | 631 |
| Mindbank Technical Solutions | 1340 |
| Mobile Radio Techology, a Primedia Publication | 219 |
| Mobile Satellite Ventures | 207 |
| Moducom | 1624 |
| Motorola | 725 |
| Multiplier Industries Corp. | 521 |
| NARDA Safety Test Solutions | 906 |
| National Public Safety Info. Bureau | 1617 |
| Natl. Law Enforc./Corrections Tech Center | 417 |
| Network Innovations | 1417 |
| NetworkOmni | 108 |
| New World Systems | 1247 |
| NewTel Wireless Engineering | 1547 |
| Nextel Communications | 1428 |
| NICE Systems Inc. | 937 |
| Niche Technology Inc. | 811 |
| Nine One One Inc. | 1555 |
| Nortel | 413 |
| Northrop Grumman | 439 |
| NovaRoam | 1210 |
| Oldcastle Precast Inc. | 354 |
| OnStar | 1147 |
| Otto Communications | 707 |
| PacketHop | 218 |

**PROOF OF SERVICE - F.R.C.P. §5**

I, the undersigned, declare: I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed by Fitzgerald Abbott & Beardsley, located at 1221 Broadway, 21st Floor, Oakland, CA 94612. I am readily familiar with this firm's business practice of processing of documents for service.

I hereby certify that on **June 22, 2007**, a true and correct copy of the following document(s) was filed electronically:

**DECLARATION OF SCOTT BEISNER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Notice of this filing will be sent by operation of the United States District Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties listed below will be served by the method indicated:

**R. Prescot Jaunich**
**DOWNS RACHLIN MARTIN PLLC**
**199 Main Street, P. O. Box 190**
**Burlington, Vermont 05402**
**Telephone: 802-863-2375**
**Facsimile: 802-862-7512**
**Email: sjaunich@drm.com**

**Counsel for Defendant microDATA GIS, Inc.**

| | |
|---|---|
| X | U.S. Mail - By placing a copy of said document(s) in a sealed envelope with postage thereon fully prepaid, and depositing said envelope with the U.S. Postal Service, following this firm's business practices. |
| | Federal Express - By placing a copy of said document(s) in a sealed pre-paid overnight envelope and deposited with Federal Express, following this firm's business practices. |
| | By Personal Service - I caused such envelope to be delivered by hand on the office(s) of the addressee(s). |
| | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as evidenced by the attached transmission report. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on **June 22, 2007**, at Oakland, California.

Alleen N. Hodgkin

DECLARATION OF SCOTT BEISNER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION CASE NO.: C07-02677 BZ

6/21/07 (24601) #273770.1