```
Michael M.K. Sebree #142649
William E. Adams #153330
Dawn Newton #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California  94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Emails: wadams@fablaw.com;dnewton@fablaw.com

Attorneys for Plaintiff
HUBB SYSTEMS, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| HUBB SYSTEMS, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICRODATA GIS, INC.,<br><br>　　　　Defendant. | Case No.: C07-02677 BZ<br><br>**DECLARATION OF DAVID C. LEE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 1, 2007<br>Time: 10:00 am<br>Courtroom G<br>Magistrate Judge Bernard Zimmerman |

I, DAVID C. LEE, declare as follows:

1.　　I am an attorney with the law firm Fitzgerald Abbott & Beardsley LLP, attorneys for Plaintiff HUBB SYSTEMS. LLC ("Plaintiff") in the above captioned matter. I submit this declaration in support of Plaintiff's motion for a preliminary injunction. I have personal knowledge of the matters set forth herein, unless otherwise stated on information and belief, and if called as a witness, I could and would competently testify thereto.

2.　　Defendant microDATA GIS, Inc. ("Defendant") utilizes a URL ("www.microDATA911.com") that incorporates the term "DATA911" which is a federally registered and incontestable trademark owned by Plaintiff.

3.　　On June 20, 2007, I conducted an internet search using the web address "www.microDATA911.com." I also conducted an internet search using the web address

---
1
DECLARATION OF DAVID C. LEE IN SUPPORT OF PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION CASE NO.: C07-02677 BZ

"www.microdatagis." Both web addresses accessed the same website which appears to be maintained by Defendant microDATA GIS, Inc. Based on my searches, I am therefore informed and believe that Defendant's "www.microDATA911.com" website, in actuality, is a portal site that routes internet users searching for "DATA911" to Defendant's primary website ("microdatagis.com").

4. A review of Defendant's "www.microDATA911.com" website reveals that Defendant openly uses "microDATA911" on its website to promote its goods and services. The "microDATA911" mark used by Defendant, as reflected on its website, establishes that Defendant intentionally capitalizes the "DATA911" portion of its "microDATA911" mark to ostensibly emphasize the similarities to Plaintiff's federal trademark. A true and correct copy of an excerpt from Defendant's website (www.microDATA911.com) is attached hereto as Exhibit A.

5. I am informed and believe that Defendant also prepares press releases that similarly capitalize the "DATA911" portion of its "microDATA911" mark. A true and correct copy of a press release prepared by Defendant and located on its website (www.microDATA911.com) is attached hereto as Exhibit B.

6. As reflected in Exhibit A, above, I am informed and believe that Defendant has been in business for over 15 years.

I declare under penalty of perjury as set forth under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 21, 2007, in Oakland, California.

_____
David C. Lee

**EXHIBIT A**

 micro**DATA**

*The dispatchers have with the map and the sin friendly approach.*

Home    Solutions    Products    Services    Customer Care    Business Partners    News/Events    Info Request    Ca

## BUSINESS PARTNERS

## Together, We Save Lives

As an innovation leader, microDATA 911 has been providing the 9-1-1 industry with integrated GIS-centric solutions longer than any other provider in the industry.

For over 15 years we have utilized both GIS and IP to produce solutions that both our customers and business partners trust and rely upon.

As a market leader we have established strategic business partner relationships with the following companies that share our vision and commitment to offer quality solutions that enable our customers to do what they do best, which is save lives and property.

**Together, we're changing the world of 911**



**ESRI**
Business partner since 1995

microDATA 9
Business Par
Year Award V



**AK Associates, Inc.**
Business partner since 1999



**Valor Systems**
Business partner since 2000



**Verizon Business**
Business partner since 2001



**Pictometry**
Business partner since 2004



**Southern Software, Inc.**
Business partner since 2004



**Spectracom**
Business partner since 2007

About microDATA    Legal Terms    Careers    Contact Us

microDATA 911    1016 U.S. Route 5    St.Johnsbury, VT  05819    800.722.6663    802.748.5503    802.748.5447 fax    sales@microdata

© 2006 microDATA GIS, Inc. All Rights Reserved.

**EXHIBIT B**



**microDATA** Together, we're c
the world of

| Home | Solutions | Products | Services | Customer Care | Business Partners | News/Events | Info Request | C |

## Press Releases

Trade Shows

Technology Seminar

eNewsletters

Press Releases

ESRI Partner of Year

Vermont goes IP

Holly Stone

Sam Bard

Nate Wilcox

Martinsville-Henry, VA

Pictometry

# microDATA 911 ESRI Partner of the Year

April 23, 2007

St.Johnsbury, VT — The ESRI Boston regional office recently named microDATA 911 Partner of the Year at their National Business Partner Conference in Palm Springs, California. ESRI praised microDATA 911 founder, Bruce Heinrich, for his early acknowledgement that GIS applications would have a powerful impact on locating a 9-1-1 caller and saving lives and property. "microDATA 911 has been changing the world of 9-1-1 by specializing in GIS-based E9-1-1 software and data development. They [have] steadily built a commitment to ESRI technology with an integrated suite of products called 'The X-Solution' that are fully integrated with the ArcGIS architecture. We appreciate the continued long-term contributions to our business partner relationship," stated ESRI's Dawn Caravallo.

Check out microDATA 911 at booth #1531 June 18 - 22 at the ESRI International User Conference in San Diego, CA.

Link to ESRI website



On behalf of microDATA 911, Allison Cassa McMullen accept the ESRI Partner of the Ye Worldwide Business Partner Conference in

About microDATA    Legal Terms    Careers    Contact Us

microDATA 911    1016 U.S. Route 5    St.Johnsbury, VT  05819    800.722.6663    802.748.5503    802.748.5447 fax    sales@microdata

© 2006 microDATA GIS, Inc. All Rights Reserved.

| | |
|---|---|
| 1 | **PROOF OF SERVICE - F.R.C.P. §5** |
| 2 | I, the undersigned, declare: I am employed in the County of Alameda, State of |
| 3 | California. I am over the age of 18 and not a party to the within action. I am employed by |
| 4 | Fitzgerald Abbott & Beardsley, located at 1221 Broadway, 21st Floor, Oakland, CA 94612. I |
| 5 | am readily familiar with this firm's business practice of processing of documents for service. |
| 6 | I hereby certify that on **June 22, 2007**, a true and correct copy of the following |
| 7 | document(s) was filed electronically: |
| 8 | **DECLARATION OF DAVID C. LEE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| 9 | Notice of this filing will be sent by operation of the United States District Court's |
| 10 | electronic filing system to all parties indicated on the electronic filing receipt. All other parties |
| 11 | listed below will be served by the method indicated: |

**R. Prescot Jaunich**
**DOWNS RACHLIN MARTIN PLLC**
199 Main Street, P. O. Box 190
Burlington, Vermont 05402
Telephone: 802-863-2375
Facsimile: 802-862-7512
Email: sjaunich@drm.com

**Counsel for Defendant microDATA GIS, Inc.**

| | |
|---|---|
| X | U.S. Mail - By placing a copy of said document(s) in a sealed envelope with postage thereon fully prepaid, and depositing said envelope with the U.S. Postal Service, following this firm's business practices. |
| | Federal Express - By placing a copy of said document(s) in a sealed pre-paid overnight envelope and deposited with Federal Express, following this firm's business practices. |
| | By Personal Service - I caused such envelope to be delivered by hand on the office(s) of the addressee(s). |
| | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as evidenced by the attached transmission report. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on **June 22, 2007**, at Oakland, California.

_____
Aileen N. Hodgkin

3
DECLARATION OF DAVID C. LEE IN SUPPORT OF PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION CASE NO.: C07-02677 BZ

6/21/07 (24601) #273937.1