UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUBB SYSTEMS, LLC, | ) | |
| Plaintiff(s), | ) | No. C07-2677 BZ |
| v. | ) | **SECOND BRIEFING ORDER** |
| MICRODATA GIS, INC., | ) | |
| Defendant(s). | ) | |

Having received plaintiff's motion for preliminary injunction, **IT IS ORDERED** as follows:

1. Any opposition shall be filed by **Monday, July 9, 2007**;

2. Any reply shall be filed by **Monday, July 16, 2007**;

3. A hearing on the motion is scheduled for **Wednesday, August 1, 2007, at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102 and will follow the previously scheduled hearing on defendant's motion to dismiss.

Dated: June 22, 2007

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Hubb Systems\BRIEFING ORDER.2.wpd

1