Breck E. Milde (Cal. State Bar No. 122437)
bmilde@terra-law.com
Mark W. Good (Cal. State Bar No. 218809)
mgood@terra-law.com
Terra Law LLP
177 Park Avenue, Third Floor
San Jose, CA 95113
Tel: (408) 299-1200
Fax: (408) 998-4895

R. Prescott Jaunich (Cal. State Bar No. 164390)
sjaunich@drm.com
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT  05402
Tel: 802-863-2375
Fax: 802-862-7512

Counsel for Defendant microDATA GIS, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBB SYSTEMS, LLC,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MICRODATA GIS, INC.,<br><br>　　　Defendant. | Case No. C07-02677 BZ<br><br>**DEFENDANT MICRODATA GIS, INC.'S EX PARTE MOTION TO EXTEND THE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>(Civil L.R. 6-3)<br><br>Courtroom: G<br>Magistrate Judge Bernard Zimmerman |

TO PLAINTIFF HUBB SYSTEMS, LLC AND ITS ATTORNEYS OF RECORD HEREIN:

Defendant microDATA GIS, Inc. ("microDATA") hereby moves the Court to extend the hearing date and briefing schedule on the motion for preliminary injunction filed on behalf of plaintiff Hubb Systems, LLC ("Hubb"), to a date not less than 30 days after the Court rules on microDATA's motion to dismiss, currently scheduled to be heard on August 1, 2007. This motion is made pursuant to Fed R. Civ. P. 6(b) and Civ. L.R. 6-3 on the grounds that extending the hearing date on Hub's motion will promote judicial economy and avoid unnecessary expense, as a decision on microDATA's prior-

**DEFENDANT'S MOTION TO EXTEND HEARING DATE**

filed Motion to Dismiss could make Hubb's later-filed motion scheduled for hearing on the same day entirely moot. In addition to the pending Motion to Dismiss, there is also a pending action in the District of Vermont which could also render Plaintiff's motion moot before August 1, 2007. This motion is based on the following Memorandum of Points and Authorities, the Declaration of Mark Good, and the pleadings and papers filed herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   FACTUAL BACKGROUND

microDATA filed a lawsuit in the District of Vermont against Hubb on May 10, 2007, and provided Hubb with notice of that lawsuit on the same day. Eleven (11) days later, on May 21, 2007, Hubb filed the instant lawsuit against microDATA in this Court involving identical parties and issues. Hubb did not file a Notice of Pendency of Other Action regarding the prior-filed Vermont action, as required by Civil Local Rule 3-13.

On June 11, 2007, microDATA filed a Motion to Dismiss in this Court based on the first-to-file rule and on lack of personal jurisdiction, with a hearing on its motion scheduled for August 1, 2007. On June 14, 2007, microDATA also filed, in the District of Vermont, a Motion to Enjoin Hubb from prosecuting the action in this Court.

On June 22, 2007, without responding in any way to the prior-filed and pending microDATA motions in California or Vermont, Hubb filed a Motion for a Preliminary Injunction against microDATA, scheduled for hearing on the same day as microDATA's previously-filed Motion to Dismiss.

### II.   REASONS FOR EXTENSION OF TIME / HARM THAT WILL OCCUR

By virtue of the facts that (1) Hubb was on notice of microDATA's existence as early as January 3, 2007;[1] (2) Hubb did not seek to obtain a preliminary injunction against microDATA until more than five months later, and (3) once Hubb finally did file its motion for preliminary injunction, it did not seek to schedule a hearing on its motion until August 1, 2007, Hubb cannot reasonably argue that it is in any danger of immediate and irreparable injury should the hearing on its motion be

---

[1] See Declaration of Mark Good ("Good Dec."), ¶ 2, Exhibit A; Plaintiff's Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, page 3, line 25.

delayed for 30 days, as requested by microDATA.

Postponing the hearing date on Hubb's motion will, on the other hand, promote judicial economy as neither the Court nor the parties will be required to prepare for a motion that may be rendered entirely moot if either microDATA's pending Motion to Dismiss in this Court, or microDATA's Motion to Enjoin pending in the District of Vermont, is granted.

### III.  EFFORTS TO OBTAIN A STIPULATION FOR TIME EXTENSION

Further to microDATA's letter to the Court of June 26, 2007 requesting an extension of time, counsel for microDATA also contacted Hubb's counsel via telephone on June 27, 2007. Hubb's counsel advised that he had read the letter to the Court, and did not intend to respond. When asked if Hubb would stipulate to a continuance of its motion for preliminary injunction, counsel declined to so stipulate.[2]

### IV.  PREVIOUS TIME MODIFICATIONS / EFFECT ON CASE SCHEDULE

There have been no previous time modifications in this case. The effect granting of this motion on the case schedule will be to eliminate unnecessary preparation and briefing required for the current August 1, 2007 preliminary injunction hearing, given the fact that either of two distinct motions currently pending in both this Court and the District of Vermont may render Hubb's motion for preliminary injunction moot. Hubb's motion is premature, and it makes sense to stay the hearing and briefing schedule on it, until the pending Motion to Dismiss in this Court is properly resolved.

### V.  CONCLUSION

For the reasons stated above, microDATA respectfully requests that the Court extend the briefing schedule and hearing date on Hubb's motion for preliminary injunction, pending a ruling on microDATA's prior-filed Motion to Dismiss.

Dated: June 29, 2007                    TERRA LAW LLP

By: /s/ Mark W. Good
    Mark W. Good
    Attorneys for Defendant microDATA GIS, Inc.

---

[2] See Good Dec., ¶ 3.