Breck E. Milde (Cal. State Bar No. 122437)
bmilde@terra-law.com
Mark W. Good (Cal. State Bar No. 218809)
mgood@terra-law.com
Terra Law LLP
177 Park Avenue, Third Floor
San Jose, CA 95113
Tel: (408) 299-1200
Fax: (408) 998-4895

R. Prescott Jaunich (Cal. State Bar No. 164390)
sjaunich@drm.com
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05402
Tel: 802-863-2375
Fax: 802-862-7512

Counsel for Defendant microDATA GIS, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBB SYSTEMS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>MICRODATA GIS, INC.,<br><br>  Defendant. | Case No. C07-02677 BZ<br><br>**DECLARATION OF MARK GOOD IN SUPPORT OF DEFENDANT MICRODATA GIS, INC.'S EX PARTE MOTION TO EXTEND THE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Courtroom: G<br>Magistrate Judge Bernard Zimmerman |

I, Mark Good, declare as follows:

1. I am an associate of Terra Law LLP, attorneys for defendant microDATA GIS, Inc. ("microDATA") in the above captioned matter. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently testify thereto.

2. Plaintiff Hubb Systems, LLC knew of defendant microDATA GIS, Inc.'s use of the mark "microDATA 911" at least as early as January 3, 2007, based on the fact that counsel for plaintiff sent defendant microDATA a "cease and desist" letter on that date regarding

1  microDATA's use of the mark. A true and accurate copy of that letter is attached hereto as
2  Exhibit A. (See also Plaintiff's Memorandum of Points and Authorities in Support of Motion for
3  Preliminary Injunction, p. 3, line 25.)
4      3. On June 27, 2007, I called William Adams, counsel for plaintiff, and left a voice
5  mail requesting that plaintiff stipulate to extend the time of the hearing and briefing schedule on
6  plaintiff's motion for preliminary injunction to a time after the Court had ruled on microDATA's
7  Motion to Dismiss. Mr. Adams returned my call the same day. He advised me that he had read
8  my letter to the Court requesting that the time for hearing be extended, and that plaintiff did not
9  intend to respond to that letter. I then asked if plaintiff would stipulate to a continuance of its
10 motion for a preliminary injunction, and Mr. Adams told me that plaintiff would not so stipulate.
11     I declare under penalty of perjury under the laws of the State of California and the United
12 States of America that the foregoing is true and correct and that this declaration is executed on
13 June 29, 2007 at San Jose, California.

                                                           /s/ Mark W. Good
                                                           Mark W. Good

# EXHIBIT A



**FITZGERALD ABBOTT & BEARDSLEY LLP**
ATTORNEYS AT LAW

1221 Broadway, 21st Floor Oakland, CA 94612
reply to: P.O. Box 12867 Oakland, CA 94604-2867

tel 510.451.3300
fax 510.451.1527
www.fablaw.com

Mary Beth Trice
mtrice@fablaw.com

January 3, 2007

<u>**Via Federal Express**</u>

President
microData GIS, Inc.
1016 US Route 5
St. Johnsbury, VT  05819

    Re:    Trade Name and Trademark Infringement

Dear Sir or Madam:

    We represent Hubb Systems, LLC ("Hubb") of Alameda, California.  For over twenty years, Hubb has been in the business of providing mobile computing solutions for public safety agencies and has used the trade name and trademark "DATA911" in connection with this business and the goods it sells since at least 1989.  Hubb owns a federal trademark registration for "DATA911" in Class 9 on the Principal Register of the United States Patent and Trademark Office, Registration Number 2,546,009 (please see enclosed copy of U.S. Registration Certificate Number 2,546,009).

    Your company ("microData") recently changed its trade name and trademark from "microData GIS" to "microDATA 911" and is using this mark to identify computer goods and services very similar to those sold by Hubb under its federally registered trademark.   In connection with this re-branding, microData has also registered and is using "microdata911.com" as the URL for its Internet website.

    This conduct by microData infringes the prior rights of Hubb in its trade name and federally registered trademark.  Hubb strenuously objects to this infringement and demands that microData immediately discontinue any and all use of use of the name, trademark and URL "microDATA 911".  Additionally, Hubb demands that microData assign to Hubb any registrations it owns for the URL "microdata911" in the ".com" domain and any other domains.

    Please contact the undersigned as soon as possible to confirm that you will comply with these demands.  If you do not respond by January 20 or if you refuse to cooperate with Hubb by taking all steps needed to rectify this infringement, Hubb will pursue legal action as needed to protect its rights.

President                          Page 2                         January 3, 2007

    This letter is sent without prejudice to any rights, claims or remedies that Hubb may have, all of which are expressly reserved.

                              Very truly yours,

                              FITZGERALD ABBOTT & BEARDSLEY LLP

                By *[signature]*
                              Mary Beth Trice

MBT:svr

Enclosure