Breck E. Milde (Cal. State Bar No. 122437)
bmilde@terra-law.com
Mark W. Good (Cal. State Bar No. 218809)
mgood@terra-law.com
Terra Law LLP
177 Park Avenue, Third Floor
San Jose, CA 95113
Tel: (408) 299-1200
Fax: (408) 998-4895

R. Prescott Jaunich (Cal. State Bar No. 164390)
sjaunich@drm.com
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05402
Tel: 802-863-2375
Fax: 802-862-7512

Counsel for Defendant microDATA GIS, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBB SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRODATA GIS, INC.,<br><br>Defendant. | Case No. C07-02677 BZ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICRODATA GIS, INC.'S EX PARTE MOTION TO EXTEND THE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Courtroom: G<br>Magistrate Judge Bernard Zimmerman |

The Court having received and considered the ex parte motion of defendant microDATA GIS, Inc., to extend the hearing date and briefing schedule on the motion for preliminary injunction filed on behalf of plaintiff Hubb Systems, LLC ("Hubb"), and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant's motion is GRANTED. The August 1, 2007 hearing date on plaintiff's motion for preliminary injunction is vacated, and the hearing on said

1  motion will be set for a date not less than 30 days subsequent to the Court's ruling on defendant's
2  motion to dismiss.
3
4  DATED:_____                              _____
                                                          Magistrate Judge Bernard Zimmerman