UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUBB SYSTEMS, LLC, | ) | |
| Plaintiff(s), | ) | No. C07-2677 BZ |
| v. | ) | **ORDER GRANTING DEFENDANT'S MOTION TO EXTEND HEARING AND BRIEFING SCHEDULE** |
| MICRODATA GIS, INC., | ) | |
| Defendant(s). | ) | |

Before me is defendant's motion to extend the hearing and briefing schedule on plaintiff's motion for preliminary injunction. Having considered the parties' papers, and for good cause appearing, **IT IS ORDERED** that defendant's motion is **GRANTED. IT IS FURTHER ORDERED** as follows:

1. Plaintiff's motion for preliminary injunction is scheduled for hearing on **September 5, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102;

2. Any opposition shall be filed by **Wednesday, August 15, 2007;**

///

1

3. Any reply shall be filed by **Wednesday, August 22, 2007**;

Dated: July 6, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Hubb Systems\ORDER.GRANT.MOT.EXTEND.HEARING.wpd

2