1  MICHAEL M.K. SEBREE #142649
   WILLIAM E. ADAMS #153330
2  DAWN NEWTON #209002
   FITZGERALD ABBOTT & BEARDSLEY LLP
3  1221 Broadway, 21st Floor
   Oakland, California 94612
4  Telephone: (510) 451-3300
   Facsimile: (510) 451-1527
5  Emails: wadams@fablaw.com;dnewton@fablaw.com

6  Attorneys for Plaintiff
   HUBB SYSTEMS, LLC
7

8              UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10 HUBB SYSTEMS, LLC,                    Case No.: C07-02677 BZ

11         Plaintiff,                    **HUBB SYSTEMS' REQUEST FOR
                                         JUDICIAL NOTICE IN SUPPORT OF
12     vs.                               EX PARTE MOTION TO RESCHEDULE
                                         MOTION FOR PRELIMINARY
13 MICRODATA GIS, INC.,                  INJUNCTION ON ORIGINAL
                                         HEARING DATE**
14         Defendant.

15
                                         Courtroom G
16                                       Magistrate Judge Bernard Zimmerman

17

18     Pursuant to Rule 201(d), Federal Rules of Evidence, Plaintiff Hubb Systems, LLC

19 hereby requests that the Court take judicial notice of the following documents:

20     **Exhibit A:** Order (Paper 6) dated July 9, 2007, regarding MicroDATA GIS, Inc. v.

21 Hubb Systems, LLC action filed in United States District Court for the District of Vermont,

22 Case No. 2:07-cv-108.

23 Dated: July 11, 2007                  FITZGERALD ABBOTT & BEARDSLEY LLP

24
                                         By _____
25                                          William E. Adams
                                            Attorneys for Plaintiff
26

27

28
                                      1
                   HUBB SYSTEMS' REQUEST FOR JUDICIAL NOTICE
                             Case No.: C07-02677 BZ

7/11/07 (24601) #275353.1

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MicroDATA GIS, Inc., :
       Plaintiff :
 :
v. : Case No. 2:07-cv-108
 :
Hubb Systems, LLC., :
       Defendant :

<u>Order</u>
(Paper 6)

It is hereby ordered that this action is STAYED pending the resolution of the motions pending in the Northern District of California in Hubb Systems, LLC v. microDATA GIS, Inc., 3:07-cv-02677.

Dated at Burlington, in the District of Vermont, this 9th day of July, 2007.

/s/ Jerome J. Niedermeier
Jerome J. Niedermeier
United States Magistrate Judge