1  Breck E. Milde  (Cal. State Bar No. 122437)
   bmilde@terra-law.com
2  Mark W. Good (Cal. State Bar No. 218809)
   mgood@terra-law.com
3  Terra Law, LLP
   177 Park Avenue, Third Floor
4  San Jose, California 95113
   Tel: (408) 299-1200
5  Fax: (408) 998-4895

6  R. Prescott Jaunich (Cal. State Bar No. 164390)
   Downs Rachlin Martin PLLC
7  199 Main Street, P.O. Box 190
   Burlington, VT  05402
8  Tel: 802-863-2375
   Fax: 802-862-7512
9
   Counsel for Defendant microDATA GIS, Inc.
10

11             UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13

14  HUBB SYSTEMS, LLC,                    Case No. C07-02677 BZ

15              Plaintiff,                **SUPPLEMENTAL DECLARATION OF**
                                          **BRUCE HEINRICH**
16     vs.

17  MICRODATA GIS, INC.,

18              Defendant.

19

20     I, Bruce Heinrich declare:

21     1.    I reside at 110 Nature Drive, Franconia, NH. I have personal knowledge of all

22  facts set forth herein and if called upon to testify I could and would testify competently thereto.

23     2.    I am Vice President of microDATA GIS, Inc. ("microDATA"). I founded

24  microDATA. In addition to my current specific responsibility for directly overseeing the

25  Geographic Information Systems (GIS) Department at microDATA, I am intimately familiar

26  with the general operation, management and business of the company. I make this declaration

27  in support of microDATA's Reply in Support of its Motion to Dismiss ("Motion").

28     3.    I have duly searched microDATA's client contracts database and confirmed that

1149377                                    1
**SUPPLEMENTAL DECLARATION OF BRUCE HEINRICH -- C07-02677 BZ**

1  there is no evidence of any sale of microDATA goods or services having actually ever been
2  completed by microDATA in California.
3      4.      There have been inquiries from a single potential customer in California, but no
4  actual sale of any microDATA goods or services to such potential customer has been made.
5      I declare under penalty of perjury under the laws of the State of California that the
6  foregoing is true and correct and that this declaration is executed on the date shown below, in
7  St. Johnsbury, Vermont.
8      Signed this 12th day of July, 2007.

Bruce Heinrich

Title:  Vice President

1149377

**SUPPLEMENTAL DECLARATION OF BRUCE HEINRICH -- C07-02677 BZ**