Breck E. Milde  (Cal. State Bar No. 122437)
bmilde@terra-law.com
Mark W. Good (Cal. State Bar No. 218809)
mgood@terra-law.com
Terra Law, LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Tel: (408) 299-1200
Fax: (408) 998-4895

R. Prescott Jaunich (Cal. State Bar No. 164390)
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT  05402
Tel: 802-863-2375
Fax: 802-862-7512

Counsel for Defendant microDATA GIS, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBB SYSTEMS, LLC, | Case No. C07-02677 BZ |
| Plaintiff, | **DECLARATION OF NATHAN G. WILCOX** |
| vs. | |
| MICRODATA GIS, INC., | |
| Defendant. | |

I, Nathan G. Wilcox declare:

1.    I am Director of Operations of microDATA GIS, Inc. ("microDATA").  I have personal knowledge of the matters set forth herein and if called upon to testify I could and would testify competently thereto.  I make this declaration in support of microDATA's Reply in Support of its Motion to Dismiss ("Motion").

2.    On June 25, 2007, I spoke by telephone with Andy Marceau, a Lieutenant in the Barre City, Vermont Police Department.  He indicated to me that the Barre City Police Department is in the process of purchasing, or has purchased, certain of Hubb System, LLC's ("Hubb's") products.  According to Lt. Marceau, he was hopeful that his agency would deploy a

1  Hubb unit in one of its cruisers that week and he indicated that set up of the existing RF

2  infrastructure for the deployment had already been completed with assistance from Hubb.

3    I declare under penalty of perjury under the laws of the State of California that the

4  foregoing is true and correct and that this declaration is executed on the date shown below, in

5  Island Pond, Vermont.

6    Signed this 12th day of July, 2007.

7  

8  Nathan G. Wilcox

9  Title:  Director of Operations

1149377

**DECLARATION OF NATHAN G. WILCOX -- C07-02677 BZ**