UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUBB SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C07-2677 BZ |
| | ) | |
| v. | ) | **CLERK'S NOTICE REGARDING** |
| | ) | **TENTATIVE RULING ON** |
| MICRODATA GIS, INC., | ) | **DEFENDANT'S MOTION TO** |
| | ) | **DISMISS** |
| Defendant(s). | ) | |

Attached to this Clerk's Notice is a Draft Order representing a tentative ruling on defendant microDATA's pending motion to dismiss. The **August 1, 2007,** hearing remains on calendar.

Dated: July 30, 2007

　　　　　　　　　　　　　　*Rose Maher*
　　　　　　　　　　Rose Maher - Deputy Clerk to
　　　　　　　　Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\Hubb Systems\CLKSTENTATIVE.RULE.NOTICE.wpd

1