1  Breck E. Milde (Cal. State Bar No. 122437)
   bmilde@terra-law.com
2  Mark W. Good (Cal. State Bar No. 218809)
   mgood@terra-law.com
3  Terra Law LLP
   177 Park Avenue, Third Floor
4  San Jose, CA 95113
   Tel: (408) 299-1200
5  Fax: (408) 998-4895

6  R. Prescott Jaunich (Cal. State Bar No. 164390)
   sjaunich@drm.com
7  Downs Rachlin Martin PLLC
   199 Main Street, P.O. Box 190
8  Burlington, VT 05402
   Tel: 802-863-2375
9  Fax: 802-862-7512

10 Counsel for Defendant microDATA GIS, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBB SYSTEMS, LLC, | Case No. C07-02677 BZ |
| Plaintiff, | |
| v. | STIPULATION OF NON-OPPOSITION TO TENTATIVE RULING AND REQUEST TO VACATE HEARING DATE |
| MICRODATA GIS, INC., | |
| Defendant. | Date: August 1, 2007<br>Time: 10:00 a.m.<br>Courtroom: G<br>Magistrate Judge Bernard Zimmerman |

Defendant microDATA GIS, Inc. and Plaintiff Hubb Systems, LLC, hereby stipulate and agree, by and through their counsel, as follows:

The parties hereby accept the tentative ruling denying Defendant microDATA GIS, Inc.'s motion to dismiss.

//

//

//

1150076

1

C07-02677 BZ

STIPULATION OF NON-OPPOSITION TO TENTATIVE RULING AND REQUEST TO VACATE HEARING DATE

1  IT IS HEREBY STIPULATED.

2  Dated: July 31, 2007                    TERRA LAW LLP

3

4

5                                          By: ___/s/ Breck E. Milde_____
                                              Breck E. Milde (Cal. State Bar No. 122437)
6                                             Attorneys for microDATA GIS, Inc.

7

8  Dated: July 31, 2007                    FITZGERALD ABBOTT & BEARDSLEY LLP

9

10

11                                         By: _____
                                              William E. Adams (Cal. State Bar No. 153330)
12                                            Attorneys for Plaintiff Hubb Systems, LLC.

2

1150076                                                                    C07-02677 BZ

STIPULATION OF NON-OPPOSITION TO TENTATIVE RULING AND REQUEST TO VACATE HEARING DATE