## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **08/01/2007**

**C07-2677 BZ**

**Hubb Systems v. Microdata Gis, Inc.**

Attorneys:   William Adams   David Draper (telephonic)

Deputy Clerk: **LASHANDA SCOTT**         Reporter: **Sylvia Russo - 10:04-10:13**

**PROCEEDINGS:**                                              **RULING:**

1. Defendant's Motion to Dismiss                              Denied
2. _____                           _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Counsel submitted a stipulation of non-opposition to the Court's tentative ruling denying defendant's motion to dismiss.  Counsel will submit a stipulation to the Court by 8/7/07 agreeing to an accelerated briefing schedule and consolidation of this case with the Vermont case.  All filings are to occur in our Court, Northern District of California.

( XX ) ORDER TO BE PREPARED BY:    Plntf___ Deft___ Court XX
(   ) Referred to Magistrate For:

(  ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                                           Type of Trial: ( )Jury    ( )Court
Notes: _____