1  Michael M.K. Sebree #142649
   William E. Adams #153330
2  Dawn Newton #209002
   FITZGERALD ABBOTT & BEARDSLEY LLP
3  1221 Broadway, 21st Floor
   Oakland, California 94612
4  Telephone: (510) 451-3300
   Facsimile: (510) 451-1527
5  Emails: wadams@fablaw.com;dnewton@fablaw.com

6  Attorneys for Plaintiff HUBB SYSTEMS, LLC

7  Breck E. Milde (Cal. State Bar No. 122437)
   Mark W. Good (Cal. State Bar No. 218809)
8  Terra Law, LLP
   177 Park Avenue, Third Floor
9  San Jose, California 95113
   Tel: (408) 299-1200
10 Fax: (408) 998-4895
   Email: mgood@terra-law.com
11
   Of counsel:
12
   Walter E. Judge, Jr.
13 Matthew S. Borick
   R. Prescott Jaunich (Cal. State Bar No. 164390)
14 Downs Rachlin Martin PLLC
   199 Main Street
15 P.O. Box 190
   Burlington, VT 05402
16 Tel: (802) 863-2375

17 Attorneys for Defendant microDATA GIS, Inc.

18

19                UNITED STATES DISTRICT COURT

20         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

21 HUBB SYSTEMS, LLC,                  Case No.: C07-02677 BZ

22           Plaintiff,                **STIPULATION**

23      vs.                            Date: August 1, 2007
                                       Time: 10:00 am
24 MICRODATA GIS, INC.,                Courtroom G
                                       Magistrate Judge Bernard Zimmerman
25           Defendant.

26

27

28

                              1
                STIPULATION CASE NO.: C07-02677 BZ
8/6/07 (24601) #277320.1

1  Pursuant to the Court's Order of August 1, 2007, Plaintiff Hubb Systems, LLC ("Hubb")
2  and Defendant microDATA GIS, Inc. ("microDATA"), by their respective counsel, stipulate
3  and agree as follows:
4      1.  microDATA agrees to dismiss the Vermont action and will file papers in the
5  Vermont court accordingly.
6      2.  The parties waive a hearing on Hubb's motion for preliminary injunction in this
7  Court and will instead agree to an accelerated trial on the merits. The pending preliminary
8  injunction motion is moot.
9  Dated at San Jose, California the 7th day of August, 2007.

MICRODATA GIS, INC.

By: _____
Breck E. Milde (Cal. State Bar No. 122437)
Mark W. Good (Cal. State Bar No. 218809)
Terra Law, LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Tel: (408) 299-1200
Fax: (408) 998-4895

Of counsel:

Walter E. Judge, Jr.
Matthew S. Borick
R. Prescott Jaunich (Cal. State Bar No. 164390)
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402
(802) 863-2375

HUBB SYSTEMS, LLC

By: _____
William E. Adams
Attorneys for Plaintiff Hubb Systems, LLC