UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUBB SYSTEMS, LLC,  )
        Plaintiff(s),  )   No. C07-2677 BZ
    v.  )
       )   **SCHEDULING ORDER**
MICRODATA GIS, INC.,  )
        Defendant(s).  )

In view of the stipulation of the parties dated August 7, 2007, **IT IS ORDERED** as follows:

1. Hubb's motion for preliminary injunction is taken off calendar as **MOOT.**

2. A case management conference is scheduled for **August 27, 2007 at 3:45 p.m.** By **August 20, 2007** the parties shall have met and conferred as required by Rule 26(f) and Local Rule 16-9 and filed a case management statement pursuant to the "Standing Order for All Judges of the Northern District of California."

The parties are advised that due to a recent settlement, the court is available to try this case in the first half of

1

1  December 2007, if the parties can prepare by that time.  If
2  not, the next currently available large block of time is late
3  April.
4  Dated:  August 7, 2007

```
                        _____
                                Bernard Zimmerman
                          United States Magistrate Judge
```

G:\BZALL\-BZCASES\Hubb Systems\SCHEDULING ORDER.wpd

2