1  Michael M.K. Sebree #142649
   William E. Adams #153330
2  Dawn Newton #209002
   FITZGERALD ABBOTT & BEARDSLEY LLP
3  1221 Broadway, 21st Floor
   Oakland, California  94612
4  Telephone: (510) 451-3300
   Facsimile: (510) 451-1527
5  Emails: wadams@fablaw.com;dnewton@fablaw.com

6  Attorneys for Plaintiff
   HUBB SYSTEMS, LLC
7

8                    UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10 HUBB SYSTEMS, LLC,                    Case No.: C07-02677 BZ

11              Plaintiff,               **STIPULATION AND ORDER TO
                                         CONTINUE CASE MANAGEMENT
12       vs.                             CONFERENCE**

13 MICRODATA GIS, INC.,

14              Defendant.               Courtroom G
                                         Magistrate Judge Bernard Zimmerman
15

16

17

18       **IT IS HEREBY STIPULATED** by Plaintiff Hubb Systems, LLC  ("Plaintiff") and

19 Defendant microDATA GIS, Inc. ("Defendant"), and by their respective counsel (collectively

20 referred to hereinafter as "the Parties") to continue the date of the case management conference,

21 presently scheduled for August 27, 2007, at 3:45 p.m., to Monday, **September 17, 2007, at 3:45**

22 **p.m.**  This requested continuance is based upon the unavailability of both counsels at the

23 presently scheduled date.

24       **IT IS FURTHER STIPULATED** by the Parties to extend the date the Parties shall

25 meet and confer as required by Rule 26(f) and Local Rule 16-9 and file a case management

26 ///

27 ///

28
                                       1
       STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
                         CASE NO.: C07-02677 BZ
   8/17/07 (24601) #278170.1

1  statement pursuant to the "Standing Order for All Judges of the Northern District of California"

2  to **September 10, 2007.**

3  Dated:  August _17_, 2007          TERRA LAW, LLP

4                                          By _____

5                                              Breck E. Milde  (Cal. State Bar No. 122437)
                                                Mark W. Good (Cal. State Bar No. 218809)
6                                              Terra Law, LLP
                                                60 South Market Street, Suite 200
7                                              San Jose, California 95113
                                                Tel: (408) 299-1200
8                                              Fax: (408) 998-4895

9                                              Of counsel:

10                                             Walter E. Judge, Jr.
                                                Matthew S. Borick
11                                             R. Prescott Jaunich (Cal. State Bar No. 164390)
                                                Downs Rachlin Martin PLLC
12                                             199 Main Street
                                                P.O. Box 190
13                                             Burlington, VT 05402
                                                (802) 863-2375
14                                             Attorneys for Defendant MICRODATA GIS,
                                                INC.

15

16 Dated:  August 17, 2007          FITZGERALD ABBOTT & BEARDSLEY LLP

17                                          By _____

18                                             William E. Adams
                                                Attorneys for Plaintiff HUBB SYSTEMS, LLC

19

20

21                                      **ORDER**

22      **IT IS SO ORDERED.**

23

24 Dated:  August _____, 2007      By _____

25                                             Bernard Zimmerman
                                                United States Magistrate Judge

26

27

28
                                          2
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
                  CASE NO.: C07-02677 BZ

8/17/07 (24601) #278170.1