Michael M.K. Sebree #142649
William E. Adams #153330
Dawn Newton #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Emails: wadams@fablaw.com;dnewton@fablaw.com

Attorneys for Plaintiff
HUBB SYSTEMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| HUBB SYSTEMS, LLC, | Case No.: C07-02677 BZ |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| MICRODATA GIS, INC., | |
| Defendant. | Courtroom G<br>Magistrate Judge Bernard Zimmerman |

**IT IS HEREBY STIPULATED** by Plaintiff Hubb Systems, LLC ("Plaintiff") and Defendant microDATA GIS, Inc. ("Defendant"), and by their respective counsel (collectively referred to hereinafter as "the Parties") to continue the date of the case management conference, presently scheduled for August 27, 2007, at 3:45 p.m., to Monday, **September 17, 2007, at 3:45 p.m**. This requested continuance is based upon the unavailability of both counsels at the presently scheduled date.

**IT IS FURTHER STIPULATED** by the Parties to extend the date the Parties shall meet and confer as required by Rule 26(f) and Local Rule 16-9 and file a case management

///

///

1
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: C07-02677 BZ

8/21/07 (24601) #278170.1

1  statement pursuant to the "Standing Order for All Judges of the Northern District of California"
2  to **September 10, 2007.**

3  Dated:  August ____, 2007          TERRA LAW, LLP

By _____
Breck E. Milde  (Cal. State Bar No. 122437)
Mark W. Good (Cal. State Bar No. 218809)
Terra Law, LLP
60 South Market Street, Suite 200
San Jose, California 95113
Tel: (408) 299-1200
Fax: (408) 998-4895

Of counsel:

Walter E. Judge, Jr.
Matthew S. Borick
R. Prescott Jaunich (Cal. State Bar No. 164390)
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402
(802) 863-2375
Attorneys for Defendant MICRODATA GIS, INC.

Dated:  August 17, 2007          FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
William E. Adams
Attorneys for Plaintiff HUBB SYSTEMS, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated:  August _21_, 2007     By _____
Bernard Zimmerman
United States Magistrate Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Bernard Zimmerman]*

2
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: C07-02677 BZ

8/21/07 (24601) #278170.1