Michael M.K. Sebree #142649
William E. Adams #153330
Dawn Newton #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California  94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Emails: wadams@fablaw.com;dnewton@fablaw.com

Attorneys for Plaintiff and Defendant-in-Counterclaim
HUBB SYSTEMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| HUBB SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>MICRODATA GIS, INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: C07-02677 BZ<br><br>**PLAINTIFF AND DEFENDANT-IN-COUNTERCLAIM HUBB SYSTEMS, LLC'S ANSWER TO DEFENDANT AND PLAINTIFF-IN-COUNTERCLAIM MICRODATA GIS, INC.'S COUTNERCLAIMS**<br><br>Courtroom G<br>Magistrate Judge Bernard Zimmerman |

Counterclaimant Hubb Systems, LLC ("Hubb") submits its Answer to the counterclaims of Defendant and Counterclaimant microDATA GIS, Inc. alleging Trademark Infringement, False Designation of Origin, Unfair Competition, and Declaratory Judgment and denies any and all such allegations, and further admits or denies the specific allegations of the Counterclaim and states the affirmative defenses as follows:

1.   Hubb admits the allegations of subject matter jurisdiction contained in paragraph 1. Except as expressly admitted herein, Hubb denies all allegations in paragraph 1 of the Counterclaim.

---

1
PLAINTIFF AND DEFENDANT-IN-COUNTERCLAIM HUBB SYSTEMS, LLC'S
ANSWER TO DEFENDANT AND PLAINTIFF-IN-COUNTERCLAIM MICRODATA GIS,
INC.'S COUNTERCLAIMS - CASE NO.: C07-02677 BZ

9/4/07 (24601) #277720.1

2. Hubb admits that microDATA GIS, Inc. is a Vermont corporation. Hubb lacks information to form a belief as to the balance of the facts alleged in paragraph 2 of the Counterclaim and on that basis denies them.

3. Hubb admits the allegations in paragraph 3 of the Counterclaim.

4. Hubb admits the allegations in paragraph 4 of the Counterclaim.

5. Hubb admits the allegations in paragraph 5 of the Counterclaim.

6. Hubb lacks information to form a belief as to the allegations in paragraph 6 of the Counterclaim and on that basis denies them.

7. Hubb lacks information to form a belief as to the allegations in paragraph 7 of the Counterclaim and on that basis denies them.

8. Hubb lacks information to form a belief as to the allegations in paragraph 8 of the Counterclaim and on that basis denies them.

9. Hubb lacks information to form a belief as to the allegations in paragraph 9 of the Counterclaim and on that basis denies them.

10. Hubb admits the allegations in paragraph 10 of the Counterclaim.

11. Hubb lacks information to form a belief as to the allegations in paragraph 11 of the Counterclaim and on that basis denies them.

12. Hubb lacks information to form a belief as to the allegations in paragraph 12 of the Counterclaim and on that basis denies them.

13. Hubb lacks information to form a belief as to the allegations in paragraph 13 of the Counterclaim and on that basis denies them.

14. Hubb lacks information to form a belief as to the allegations in paragraph 14 of the Counterclaim and on that basis denies them.

15. Hubb denies all allegations in paragraph 15 of the Counterclaim.

16. Hubb denies all allegations in paragraph 16 of the Counterclaim.

17. Hubb denies all allegations in paragraph 17 of the Counterclaim.

18. Hubb denies all allegations in paragraph 18 of the Counterclaim.

1   19.   Hubb lacks information to form a belief as to the allegations in paragraph 19 of
2   the Counterclaim and on that basis denies them.
3   20.   Hubb denies all allegations in paragraph 20 of the Counterclaim.
4   21.   Hubb incorporates its responses to paragraphs one through twenty of the
5   Counterclaim, inclusive, as if fully set forth herein.
6   22.   Hubb admits the allegations of 22 of the Counterclaim.
7   23.   Hubb denies all allegations in paragraph 23 of the Counterclaim.
8   24.   Hubb incorporates its responses to paragraphs one through twenty three of the
9   Counterclaim, inclusive, as if fully set forth herein.
10  25.   Hubb lacks information to form a belief as to the allegations in paragraph 25 of
11  the Counterclaim and on that basis denies them.
12  26.   Hubb lacks information to form a belief as to the allegations in paragraph 26 of
13  the Counterclaim and on that basis denies them.
14  27.   Hubb lacks information to form a belief as to the allegations in paragraph 27 of
15  the Counterclaim and on that basis denies them.
16  28.   Hubb lacks information to form a belief as to the allegations in paragraph 28 of
17  the Counterclaim and on that basis denies them.
18  29.   Hubb denies all allegations in paragraph 29 of the Counterclaim.
19  30.   Hubb lacks information to form a belief as to the allegations in paragraph 30 of
20  the Counterclaim and on that basis denies them.
21  31.   Hubb incorporates its responses to paragraphs one through thirty of the
22  Counterclaim, inclusive, as if fully set forth herein.
23  32.   Hubb denies all allegations in paragraph 32 of the Counterclaim.
24  33.   Hubb denies all allegations in paragraph 33 of the Counterclaim.
25  34.   Hubb denies all allegations in paragraph 34 of the Counterclaim.
26  35.   Hubb incorporates its responses to paragraphs one through thirty four of the
27  Counterclaim, inclusive, as if fully set forth herein.
28

3
PLAINTIFF AND DEFENDANT-IN-COUNTERCLAIM HUBB SYSTEMS, LLC'S
ANSWER TO DEFENDANT AND PLAINTIFF-IN-COUNTERCLAIM MICRODATA GIS,
INC.'S COUNTERCLAIMS - CASE NO.: C07-02677 BZ

9/4/07 (24601) #277720.1

36. Hubb denies all allegations in paragraph 36 of the Counterclaim.

37. Hubb denies all allegations in paragraph 37 of the Counterclaim.

38. Hubb denies all allegations in paragraph 38 of the Counterclaim.

39. Hubb denies all allegations in paragraph 39 of the Counterclaim.

40. Hubb denies all allegations in paragraph 40 of the Counterclaim.

41. Hubb denies that microDATA GIS, Inc. is entitled to any of the relief sought in the Counterclaim, or any relief at all.

## AFFIRMATIVE DEFENSES

Hubb hereby asserts the following Affirmative Defenses to the Counterclaim:

A. microDATA's claims, and each of them, fail to state a cause of action upon which relief may be granted.

B. microDATA's claims, and each of them, are barred by the doctrine of laches.

C. microDATA's claims, and each of them, are barred by the doctrine of waiver.

D. microDATA's claims, and each of them, are barred by the doctrine of estoppel.

E. microDATA's claims, and each of them, are barred by the doctrine of unclean hands.

F. microDATA's claims, and each of them, are barred by microDATA's conduct constituting acquiescence to Hubb's use and registration of its marks.

G. microDATA's claims, and each of them, are barred by microDATA's conduct constituting abandonment of rights, if it ever held any, in the marks at issue.

H. By way of further affirmative defenses, Hubb incorporates by reference the charging allegations of its complaint against microDATA.

I. Hubb reserves the right to add further affirmative defenses at a later time.

Dated: September 4, 2007          FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
William E. Adams
Attorneys for Plaintiff Hubb Systems, LLC

4
PLAINTIFF AND DEFENDANT-IN-COUNTERCLAIM HUBB SYSTEMS, LLC'S ANSWER TO DEFENDANT AND PLAINTIFF-IN-COUNTERCLAIM MICRODATA GIS, INC.'S COUNTERCLAIMS - CASE NO.: C07-02677 BZ

9/4/07 (24601) #277720.1