| | |
|---|---|
| Charles L. Coleman, III (Cal. Bar No.65496)<br>HOLLAND & KNIGHT LLP<br>50 California Street, 28th Floor<br>San Francisco, CA 94111-4624<br>Tel: (415) 743-6900<br>Fax: (415) 743-6910<br><br>Attorneys for Defendant<br>microDATA, GIS, Inc. | FILED<br>07 SEP -7 PM 3:29 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUBB SYSTEMS, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>MICRODATA GIS, INC.,<br><br>           Defendant. | **Case No. 07-CV-02677-BZ**<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given that Charles L. Coleman, III of Holland and Knight hereby appears in this action on behalf of Defendant microDATA GIS, Inc.

Dated: September 7, 2007

HOLLAND & KNIGHT LLP

_____
Charles L. Coleman, III
Attorneys for Defendant
microDATA GIS, Inc.

# 4780179_v1

---

# PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of 18 years and not a party to the above-captioned action and that my business address is 50 California Street, 28th Floor, San Francisco, CA 94111.

On September 7, 2007, the following document was served:

## NOTICE OF APPEARANCE

on the parties to this action at the following address:

| | |
|---|---|
| Michael M.K. Sebree | Mark W. Good |
| William E. Adams | Breck Edward Milde |
| Dawn Newton | Terra Law LLP |
| Fritgerald Abbott & Beardsley LLP | 177 Park Avenue, 3rd Floor |
| 1221 Broadway, 21st Floor | San Jose, CA 95113-2333 |
| Oakland, CA 94612 | |

Robert Prescott Jaunich
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05401

☒ **BY UNITED STATES POSTAL SERVICE:** By placing a true and correct copy thereof in **sealed** envelopes and causing them to be deposited in the mail at San Francisco, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☐ **BY MESSENGER SERVICE – DROP BOX AT COURT:** By delivering a true and correct copy thereof via hand to the offices of the parties listed above.

☐ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on September 7, 2007 at San Francisco, California.

_____
Beverley Huppert

# 4780724_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 1 -

Proof of Service                                    Case No. 07-CV-02677-BZ