# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HUBB SYSTEMS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MICRODATA GIS, INC., <br><br> Defendant. | Case No. 07-CV-02677-BZ <br><br> ~~(Proposed)~~ <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Ieuan G. Mahony, an active member in good standing of the bar of the U.S. District Court for the District of Massachusetts, whose business address and telephone number is: Holland & Knight LLP, 10 St. James Avenue, 11th Floor, Boston, Massachusetts, Tel: (617) 523-2700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant microDATA GIS, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 11 Sept 07

_____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

Order Granting Application for Admission *Pro Hac Vice*    Case No. 07-CV-02677-BZ