1  Charles L. Coleman, III (CA Bar No.65496)
   HOLLAND & KNIGHT LLP
2  50 California Street, 28th Floor
   San Francisco, CA 94111-4624
3  Tel: (415) 743-6900
   Fax: (415) 743-6910
4

5  Ieuan Mahony (*pro hac vice*)
   HOLLAND & KNIGHT LLP
6  10 St. James Avenue, 11th Floor
   Boston MA 02116
7  Tel: (617) 523-2700
   Fax: (617) 523-6850

8  Attorneys for Defendant
   microDATA, GIS, Inc.
9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HUBB SYSTEMS, LLC, | Case No. 07-CV-02677-BZ |
|---|---|
| Plaintiff, | **REQUEST OF BOSTON COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE (Local Rule 16-10(a))** |
| vs. | |
| MICRODATA GIS, INC., | Conference Date: Sept. 17, 2007 |
| Defendant. | Conference Time: 3:45 p.m. |
| | Courtroom: G |
| | Before: Hon. Bernard Zimmerman |

Pursuant to Local Rule 16-10(a), defendant microDATA GIS, Inc. respectfully requests that Ieuan Mahony, a member of the firm of Holland & Knight LLP recently admitted to practice before this Court in this matter *pro hac vice*, be permitted to participate in the Case Management Conference by telephone. Mr. Mahony's direct dial telephone number in Boston is: (617) 573-5835.

//

//

---

Notice of Appearance                                       Case No. 07-CV-02677-BZ

1   In addition or in the alternative, we will ensure that Robert A. Bleicher, a
2   partner of our firm in our San Francisco office who will be familiar with this matter,
3   will attend personally. This request is necessitated by the urgent need of
4   undersigned counsel for microDATA GIS, Inc. to travel to Bakersfield in a *pro bono*
5   matter. We appreciate the Court's consideration of this request.

6   Dated: September 13, 2007                    Respectfully submitted,

    HOLLAND & KNIGHT LLP

    _____
    Charles L. Coleman, III

    Attorneys for Defendant
    microDATA GIS, Inc.

# 4793274_v1