1  Ieuan G. Mahony (MA State Bar No. 552349)
   HOLLAND & KNIGHT LLP
2  10 St. James Avenue, 11th Floor
   Boston MA 02116
3  Tel: (617) 523-2700
   Fax: (617) 523-6850
4
   Attorneys for Defendant
5  microDATA, GIS, Inc.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HUBB SYSTEMS, LLC, | Case No. 07-CV-02677-BZ |
|---|---|
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| vs. | |
| MICRODATA GIS, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 11-3, Ieuan G. Mahony, an active member in good standing of the bar of the Commonwealth of Massachusetts and of the United States District Court for the District of Massachusetts, and Court of Appeals for the First Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant microDATA GIS, INC., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic

1

Application for Admission *Pro Hac Vice*          Case No. 07-CV-02677-BZ

Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California and within this District has been designated as co-counsel in the above-entitled action. The name, street address, telephone number and email address of that attorney are as follows:

> Charles L. Coleman, III [CA Bar No. 65496]
> HOLLAND & KNIGHT LLP
> 50 California Street, 28th Floor
> San Francisco, CA 94111
> Telephone: (415) 743-6900
>
> charles.coleman@hklaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 7, 2007

_____
IEUAN G. MAHONY

# 4776710_v1