1  Breck E. Milde (Cal. State Bar No. 122437)
   bmilde@terra-law.com
2  Mark W. Good (Cal. State Bar No. 218809)
   mgood@terra-law.com
3  Terra Law LLP
   177 Park Avenue, Third Floor
4  San Jose, CA 95113
   Tel: (408) 299-1200
5  Fax: (408) 998-4895

6  R. Prescott Jaunich (Cal. State Bar No. 164390)
   sjaunich@drm.com
7  Downs Rachlin Martin PLLC
   199 Main Street, P.O. Box 190
8  Burlington, VT 05402
   Tel: 802-863-2375
9  Fax: 802-862-7512

10 Counsel for Defendant microDATA GIS, Inc.

11                 **UNITED STATES DISTRICT COURT**

12              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  HUBB SYSTEMS, LLC, | Case No. C07-02677 BZ |
| 15         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT MICRODATA GIS, INC.'S REQUEST TO ALLOW TERRA LAW LLP AND DOWNS RACHLIN MARTIN PLLC TO WITHDRAW AS ITS COUNSEL AND TO SUBSTITUTE HOLLAND & KNIGHT LLP AS ITS COUNSEL** |
| 16       v. | |
| 17  MICRODATA GIS, INC., | |
| 18         Defendant. | |
| 19 | |
| 20 | Courtroom: G  Magistrate Judge Bernard Zimmerman |

21

22    Terra Law LLP and Downs Rachlin Martin PLLC have heretofore acted as counsel for

23 defendant microDATA GIS, Inc. ("microDATA") in this case. On or about September 7, 2007, at

24 the request of microDATA, Holland & Knight LLP filed a notice of appearance in this action on

25 behalf of microDATA. microDATA therefore respectfully requests that Terra Law LLP and

26 Downs Rachlin Martin PLLC be allowed to withdraw as its counsel.

27    Terra Law LLP, Downs Rachlin Martin PLLC, microDATA, and Holland & Knight LLP

28 hereby stipulate to the withdrawal of Terra Law LLP and Downs Rachlin Martin PLLC as counsel

1150636                              1                              C07-02677 BZ
              STIPULATION AND ORDER *RE* SUBSTITUTION OF COUNSEL

for microDATA in this case, and request that the Court issue an order approving Terra Law LLP's and Downs Rachlin Martin PLLC's request to withdraw as counsel for microDATA pursuant to Local Rule 11-5(a). After the withdrawal of Terra Law LLP and Downs Rachlin Martin PLLC, microDATA will be represented in these proceedings by Holland & Knight LLP through the undersigned attorneys and such other Holland & Knight attorneys as may hereafter appear.

IT IS SO STIPULATED.

Dated: September 13, 2007

microDATA GIS, Inc.

By: _____

Its: Vice President

TERRA LAW LLP

_____
Breck E. Milde  (CA Bar No. 122437)
Mark W. Good (CA Bar No. 218809)

DOWNS RACHLIN MARTIN PLLC

_____
R. Prescott Jaunich (CA Bar No. 164390)

HOLLAND & KNIGHT LLP

_____
Charles L. Coleman, III (CA Bar. No. 65496)
Ieuan Mahoney (*pro hac vice*)

Attorneys for Defendant
microDATA GIS, Inc.

The Court having considered the instant stipulation and proposed order to allow the attorneys for micro DATA GIS, Inc. ("microDATA") from Terra Law LLP and Downs Rachlin Martin PLLC to withdraw as counsel for microDATA, and good cause appearing therefor,

IT IS HEREBY ORDERED that microDATA's request is GRANTED. Attorneys from Holland & Knight LLP who have appeared in this matter will henceforth serve as sole counsel for microDATA GIS, Inc., and Terra Law LLP and Downs Rachlin Martin PLLC and their respective attorneys of record are hereby relieved of any further duties as counsel in this matter.

DATED:_____

_____
Hon. Bernard Zimmerman
United States Magistrate Judge