1  Breck E. Milde (Cal. State Bar No. 122437)
   bmilde@terra-law.com
2  Mark W. Good (Cal. State Bar No. 218809)
   mgood@terra-law.com
3  Terra Law LLP
   177 Park Avenue, Third Floor
4  San Jose, CA 95113
   Tel: (408) 299-1200
5  Fax: (408) 998-4895

6  R. Prescott Jaunich (Cal. State Bar No. 164390)
   sjaunich@drm.com
7  Downs Rachlin Martin PLLC
   199 Main Street, P.O. Box 190
8  Burlington, VT 05402
   Tel: 802-863-2375
9  Fax: 802-862-7512

10 Counsel for Defendant microDATA GIS, Inc.

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 HUBB SYSTEMS, LLC,                ) Case No. C07-02677 BZ
                                     )
15         Plaintiff,                ) STIPULATION AND [PROPOSED] ORDER
                                     ) GRANTING DEFENDANT MICRODATA
16 v.                                ) GIS, INC.'S REQUEST TO ALLOW
                                     ) TERRA LAW LLP AND DOWNS
17 MICRODATA GIS, INC.,              ) RACHLIN MARTIN PLLC TO
                                     ) WITHDRAW AS ITS COUNSEL AND TO
18         Defendant.                ) SUBSTITUTE HOLLAND & KNIGHT LLP
                                     ) AS ITS COUNSEL
19                                   )
                                     ) Courtroom: G
20                                   ) Magistrate Judge Bernard Zimmerman
                                     )
21

22      Terra Law LLP and Downs Rachlin Martin PLLC have heretofore acted as counsel for

23 defendant microDATA GIS, Inc. ("microDATA") in this case. On or about September 7, 2007, at

24 the request of microDATA, Holland & Knight LLP filed a notice of appearance in this action on

25 behalf of microDATA. microDATA therefore respectfully requests that Terra Law LLP and

26 Downs Rachlin Martin PLLC be allowed to withdraw as its counsel.

27      Terra Law LLP, Downs Rachlin Martin PLLC, microDATA, and Holland & Knight LLP

28 hereby stipulate to the withdrawal of Terra Law LLP and Downs Rachlin Martin PLLC as counsel

1150636                                 1                              C07-02677 BZ
                STIPULATION AND ORDER *RE* SUBSTITUTION OF COUNSEL

1   for microDATA in this case, and request that the Court issue an order approving Terra Law LLP's
2   and Downs Rachlin Martin PLLC's request to withdraw as counsel for microDATA pursuant to
3   Local Rule 11-5(a). After the withdrawal of Terra Law LLP and Downs Rachlin Martin PLLC,
4   microDATA will be represented in these proceedings by Holland & Knight LLP through the
5   undersigned attorneys and such other Holland & Knight attorneys as may hereafter appear.
6   IT IS SO STIPULATED.
7   Dated: September 13, 2007                                microDATA GIS, Inc.
8                                                            By: _____
9                                                            Its: Vice President
10  TERRA LAW LLP                                            DOWNS RACHLIN MARTIN PLLC
11
12  Breck E. Milde (CA Bar No. 122437)                       R. Prescott Jaunich (CA Bar No. 164390)
    Mark W. Good (CA Bar No. 218809)
13
14                                                           HOLLAND & KNIGHT LLP
15
                                                             Charles L. Coleman, III (CA Bar. No. 65496)
16                                                           Ieuan Mahoney (pro hac vice)
17                                                           Attorneys for Defendant
                                                             microDATA GIS, Inc.
18
19      The Court having considered the instant stipulation and proposed order to allow the
20  attorneys for micro DATA GIS, Inc. ("microDATA") from Terra Law LLP and Downs Rachlin
21  Martin PLLC to withdraw as counsel for microDATA, and good cause appearing therefor,
22      IT IS HEREBY ORDERED that microDATA's request is GRANTED. Attorneys from
23  Holland & Knight LLP who have appeared in this matter will henceforth serve as sole counsel for
24  microDATA GIS, Inc., and Terra Law LLP and Downs Rachlin Martin PLLC and their respective
25  attorneys of record are hereby relieved of any further duties as counsel in this matter.
26
27  DATED: 17 Sept 07                                        _____
                                                             Hon. Bernard Zimmerman
28                                                           United States Magistrate Judge

1150636                                    2                                          C07-02677 BZ
                        STIPULATION AND ORDER RE SUBSTITUTION OF COUNSEL