1  Charles L. Coleman, III (CA Bar No.65496)
   HOLLAND & KNIGHT LLP
2  50 California Street, 28th Floor
   San Francisco, CA 94111-4624
3  Tel: (415) 743-6900
   Fax: (415) 743-6910
4
   Ieuan Mahony (*pro hac vice*)
5  HOLLAND & KNIGHT LLP
   10 St. James Avenue, 11th Floor
6  Boston MA 02116
   Tel: (617) 523-2700
7  Fax: (617) 523-6850

8  Attorneys for Defendant
   microDATA, GIS, Inc.
9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

| 15 | HUBB SYSTEMS, LLC, | Case No. 07-CV-02677-BZ |
|----|--------------------|--------------------------|
| 16 | Plaintiff, | **REQUEST OF BOSTON COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE (Local Rule 16-10(a))** |
| 17 | vs. | |
| 18 | MICRODATA GIS, INC., | |
| 19 | Defendant. | Conference Date: Sept. 17, 2007<br>Conference Time: 3:45 p.m.<br>Courtroom:  G<br>Before: Hon. Bernard Zimmerman |
| 20 | | |

21

22  Pursuant to Local Rule 16-10(a), defendant microDATA GIS, Inc. respectfully
23  requests that Ieuan Mahony, a member of the firm of Holland & Knight LLP
24  recently admitted to practice before this Court in this matter *pro hac vice*, be
25  permitted to participate in the Case Management Conference by telephone.  Mr.
26  Mahony's direct dial telephone number in Boston is: (617) 573-5835.
27  //
28  //

Notice of Appearance                                   Case No. 07-CV-02677-BZ

1  In addition or in the alternative, we will ensure that Robert A. Bleicher, a
2  partner of our firm in our San Francisco office who will be familiar with this matter,
3  will attend personally. This request is necessitated by the urgent need of
4  undersigned counsel for microDATA GIS, Inc. to travel to Bakersfield in a *pro bono*
5  matter. We appreciate the Court's consideration of this request.

Dated: September 13, 2007        Respectfully submitted,

HOLLAND & KNIGHT LLP

_____
Charles L. Coleman, III

Attorneys for Defendant
microDATA GIS, Inc.

# 4793274_v1

17 Sept 07

---

Notice of Appearance                                  Case No. 07-CV-02677-BZ