**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **09/17/2007**

**C07-2677 BZ**

**Hubb Systems v. MicroDATA GIS, Inc.**

Attorneys:   William Adams         Ieuan Mahony (telephonic)

Time: 3:45 p.m.

Deputy Clerk: **LASHANDA SCOTT**         Reporter: **Not Reported**

**PROCEEDINGS:**                                           **RULING:**

1. Case Management Conference                              Matter Continued
2. 
3. 

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Case Management Conference continued to October 1, 2007 at 4:00 p.m. Counsel stated that the case has settled in principal.

(   ) ORDER TO BE PREPARED BY:   Plntf ____  Deft ____  Court _____

(   ) Referred to Magistrate Judge for a Settlement Conference to occur as soon as schedule permits.
      (   ) By Court      (   ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date -                          Trial Date-
                                               Type of Trial:

Notes: _____