

**FITZGERALD ABBOTT & BEARDSLEY** LLP
ATTORNEYS AT LAW

1221 Broadway, 21st Floor  Oakland, CA 94612
reply to: P.O. Box 12867 Oakland, CA 94604-2867

tel 510.451.3300
fax 510.451.1527
www.fablaw.com

William E. Adams
wadams@fablaw.com

October 1, 2007

**VIA E-FILING ONLY**

Ms. Lashanda Scott
United States District Court
Northern District of California
Magistrate Judge Bernard Zimmerman
450 Golden Gate Boulevard, 16th Floor
San Francisco, CA 94102

    Re:    *Hubb Systems, Inc. v. microdata GIS, Inc, .Case No. C07-02677 BZ*

Dear Ms. Scott:

    This letter confirms our telephone conversation this morning, in which I confirmed to you that the parties have settled this matter and are in the final stages of completing a written settlement agreement. We therefore request that the case management conference scheduled for today at 4:00 p.m. be re-scheduled to October 22, 2007. In the meantime, we shall work with counsel to complete the settlement documentation and dismiss this matter from the active calendar.

    Please feel free to contact the undersigned should you have any questions.

Very truly yours,

FITZGERALD ABBOTT & BEARDSLEY LLP

By    William E. Adams

WEA:jm
cc:    Ieuan Mahony
       Client