UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBB SYSTEMS, LLC, </br>         Plaintiff(s), </br>     v. </br>MICRODATA GIS, INC., </br>         Defendant(s). | No. C07-2677 BZ </br></br>**CLERK'S NOTICE CONTINUING** </br>**CASE MANAGEMENT CONFERENCE** |

**PLEASE TAKE NOTICE** that at the request of the parties, the Case Management Conference presently scheduled for today, October 1, 2007 is **continued** to **Monday, October 22, 2007 at 4:00 p.m.** Case management conference statements are due seven (7) days prior to the conference.

Dated:  October 1, 2007

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\Hubb Systems\CLERKS.NOT CONTINUING.CMC.wpd

1