UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBB SYSTEMS, LLC,<br><br>           Plaintiff(s),<br><br>      v.<br><br>MICRODATA GIS, INC.,<br><br>           Defendant(s). | No. C07-2677 BZ<br><br>**CLERK'S NOTICE VACATING CASE MANAGEMENT CONFERENCE** |

**PLEASE TAKE NOTICE** the parties have advised the court that the above captioned case has settled.  Therefore, the Case Management Conference presently scheduled for Monday, October 22, 2007 at 4:00 p.m. is **VACATED**.

Dated:  October 16, 2007

*Rose Maher*
_____
    Rose Maher - Deputy Clerk to
  Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\Hubb Systems\CLERKS.NOT.VACATING CMC.wpd

1