Michael M.K. Sebree #142649
William E. Adams #153330
Dawn Newton #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Emails: wadams@fablaw.com;dnewton@fablaw.com

Attorneys for Plaintiff and Cross-Defendant
HUBB SYSTEMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| HUBB SYSTEMS, LLC, | Case No.: C07-02677 BZ |
| Plaintiff, | **REQUEST FOR VOLUNTARY DISMISSAL** |
| vs. | |
| MICRODATA GIS, INC., | Courtroom G<br>Magistrate Judge Bernard Zimmerman |
| Defendant. | |

AND RELATED COUNTERCLAIMS

Plaintiff and Cross-Defendant Hubb Systems LLC and Defendant and Cross-Complainant microDATA GIS, Inc. hereby jointly request that the Court dismiss the complaint and counterclaims with prejudice, each side bearing its respective costs and attorneys' fees as to all counts, claims and causes of action.

Dated: October 26, 2007    FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
William E. Adams
Attorneys for Plaintiff and Cross-Defendant
Hubb Systems, LLC

Dated: October 25, 2007    HOLLAND & KNIGHT LLP

By _____
Ieuan Mahony
Charles L. Coleman
Attorneys for Defendant and Cross-Complainant
microDATA GIS, Inc.

---
1
REQUEST FOR VOLUNTARY DISMISSAL - CASE NO. C07-02677 BZ
10/24/07 (24601) #283641.1