UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MRAZ,<br><br>    Plaintiff(s),<br><br>  v.<br><br>SOCIAL SECURITY<br>ADMINISTRATION,<br><br>    Defendant(s). | No. C 07-2677 BZ<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Defendant served its answer on September 6, 2007. Pursuant to Civil Local Rule 16-5 and as set forth in the Procedural Order for Social Security Review Actions served on plaintiff, he was required to serve and file his motion for summary judgment or for remand within 30 days of service of defendant's answer. To date, plaintiff has not done so.

Therefore, good cause appearing, plaintiff is hereby **ORDERED** to either file a motion by **February 25, 2008** or show cause why this case should not be dismissed for lack of prosecution on **Wednesday, March 5, 2008**, at **10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

1

1      I admonish plaintiff to regularly check his mail and meet
2  his duty under Civil Local Rule 3-11(a) to promptly notify the
3  Court if his address changes.  Alternatively, plaintiff may
4  wish to participate in the electronic case filing system.  The
5  electronic case filing information may be located at the
6  following address: www./ecf.cand.uscourts.gov
7  Dated: January 16, 2007

                                        */s/ Bernard Zimmerman*
                                        Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-BZCASES\MRAZ V. SOCIAL SEC\OSC RE DISMISSAL FAILURE TO PROSECUTE.wpd